**FILED**
**JUN 2 2 2015**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fernando L. Carrillo, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>The United States of America, )<br>)<br>Defendant. ) | Case: 1:15-cv-00956  Jury Demand<br>Assigned To : Unassigned<br>Assign. Date : 6/22/2015<br>Description: Pro Se Gen. Civil (F Deck) |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1



Plaintiff is incarcerated at the Pueblo County Jail in Pueblo, Colorado. He claims to be a Professional Entertainer and seeks $2 million in damages from the United States. The wide-ranging statements comprising the complaint provide no notice of a claim. A separate order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: June _18_, 2015